IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
___ DIVISION

WILLIAM E. BOWHALL    (PRO-SE)    CIVIL ACTION NO.: 2:10CV609-MEF
PLAINTIFF

V.

OFFICE OF PRESIDENT U.S.: BARRAC OBAMA / WILLIAM J. CLINTON /
JIMMY CARTER / GEORGE W. BUSH / DEPT. OF STATE: HILLARY CLINTON /
DEMOCRATIC PARTY OF ALA. / REPUBLICAN PARTY OF ALA. / SENATORS:
SPENCER ABRAHAM / TED LITTLE / JEFF SESSIONS / RICH SHELBY /
CARL LEVIN / HOUSE OF REPRESENTATIVES ALA.: TERRY EVERETT /
SONNY CALLAHAN / HOUSE OF REPRESENTATIVES MICH.: JUDITH
SCRANTON / DICK CHRYSLER / STATE ATTORNEY GENERAL, MICH.
FRANK KELLY / ACLU-MICH. / OFF. OF GOVERNOR – JOHN ENGLER,
MICH./ OFF. OF GOVERNOR, ALA. – BOB RILEY / OFFICE OF GOV.
ETHICS – STEPHEN D. POTTS / HOUSE SPEAKER, MICH., CURTIS
HERTEL / ATTORNEY GRIEVANCE COMM. STATE OF MICH. /
FORD GLOBAL TECH. INC. / MIKE HUBBARD / GEORGE H. CLAY

DEFENDANTS

JURY DEMAND
✓ NO

COMPLAINT

SECTION:
1.) AS AN ARTIST, INVENTOR, AND INDUSTRIALIST, OF COMMON CITIZEN OF THE UNITED STATES, my welfare has been put at risk by each of the named parties. The named Defendants are using use their office of public trust in the STATE OF MICHIGAN, THE STATE OF ALABAMA, AND AT THE FEDERAL level in the STATE OF WASHINGTON D.C. To effectively corrupt the welfare of the UNITED STATES and its common citizen, putting NATIONAL security and personal livelihood at risk. The concurring element of neglect of office, misuse of Office for political gains, channeling of political funds for stoical, short term ideologies. The individual and collective effort of non-commitment to the advancement new science and upgrade of industry.

(CONTINUED)

1.) Industrial venues in public transportation, space research and national military defensive options disregarded allowing industrial espionage to occure. A colloberation of deliberate fundamental proportion has occurred to hinder the progress of new industry from being established as a competative source of economic wealth and security in the United States and oversea's.

A disregard by Democratic and Republican representatives at State and Federal Posts in addressing concerns over Anti-Trust and Patent Reform laws, relavant to the established concurring factors involved in this case. A disregard to citizen call for the establishment of a Third Party Congress with Third Party representation at State and Federal levels for the interest of National security and welfare of the United States. A need to reform Tax Return forms to include contributions to 3rd Party Candidates. A disregard covering campaign reforms associated to State and Federal office to include a single public account to be equally shared by representative candidates from each of the parties involved and no outside contributions. A larger, more diverse pre-election screening of candidates representing each race group and Party Platform objectives. A collective effort has occurred to keep economic growth to a minimum causing great micro & macro economic hardships for establishing new industry. A change in banking and commerse law to include credit exchange (only) and to forgo all monitary exchange for implementation of new industry in the United States and it's allied countries oversea's. Diversion of Public Funds.

2.) WILLIAM E. BOWHALL   ph.#(334) 524-4598
2016 OLD LAFAYETTE HWY. OPELIKA, AL. 36801

(CONTINUED)

3.) CONGRESS OF THE UNITED STATES:
HOUSE OF REPRESENTATIVES, WASHINGTON D.C. 20515-0101
TERRY EVERITT
CANNON HOUSE OFFICE BUILD., INDEPENDANCE AVE., WASHINGTON, D.C. 20515
SONNEY CALLAHAN
RAYBURN HOUSE OFFICE BUILD., INDEPENDANCE AVE., WASHINGTON D.C. 20515
HOUSE OF REPRESENTATIVES (ALA.): GEORGE H. CLAY
ALABAMA STATE HOUSE, SUITE 731 MONTGOMERY, ALA. 36130
OFFICE OF GOVERNOR, STATE OF ALABAMA: BOB RILEY
STATE CAPITOL BUILD., MONTGOMERY AL. 36130
GERALD DIAL   ph.# (256) 396-5600
BOX 248 LINEVILLE, AL. 36266
HOUSE OF REPRESENTATIVES (SPEAKER) - MICH.: CURTIS HERTEL
5303 SOUTH CEDAR ST. LANSING, MICH.
JUDITH SCRANTON
66th DISTRICT - P.O. BOX 30014, LANSING MICH. 48909-7514
DICK CHRYSLER

STATE ATTORNEY GENERAL'S OFFICE - MICH.: FRANK KELLY
500 SOUTH CAPITOL AVE., LANSING, MICH. 48933
ACLU OF MICHIGAN
115 W. ALLEGAN, SUITE 330, LANSING, MICH. 48933
OFFICE OF GOVERNOR - STATE OF MICHIGAN
STATE CAPITOL BUILD., LANSING, MICH. 48909
JOHN ENGLER   ph#'s (703) 288-0666, (703) 288-2939, (703) 288-1711
6470 KEDLESTON CT., MCLEAN VA. 22101
OFFICE OF GOVERMENT ETHICS: STEPHEN D. POTTS
SUITE 500, 1201 NEW YORK AVE., NW. WASHINGTON, D.C. 20005-3917

SECTION:

4.) By each account and individual effort, or lack there of, a collective situation has culminated in multiple violations of my Constitutional rights causing permanent civil arrest and damages.

SECTION:

3.) OFFICE OF PRESIDENT (U.S.): BARRAC OBAMA (current)
1600 PENNSYLVANIA AVE., N.W. WASHINGTON D.C. 20500

WILLIAM J. CLINTON
15 OLD HOUSE LN., CHAPPAQUA, N.Y. 10514

JIMMY CARTER
1 WOODLAND DR., PLAINS, GEORGIA 31780-5466

HILLARY R. CLINTON    Ph.# (202) 647-4000
2201 C. STREET NW., WASHINGTON DC. 20520

ATTORNEY GRIEVENCE COMM. - STATE of MICH.
Suite 256, MARQUETTE BUILD., 243 W. CONGRESS, DETROIT, MICH. 48226-3259

FORD GLOBAL TECH. INC.
Suite 911, PARKLANE TOWERS E., ONE PARKLANE BLVD., DEARBORN, MICH. 48126-2490

DEMOCRATIC PARTY of ALABAMA
501 ADAMS AVE., MONTGOMERY, AL. 36104

REPUBLICAN PARTY of ALABAMA
P.O. BOX 55628, BIRMINGHAM, AL. 35255

SPENCER ABRAHAM (SENATOR)
1000 INDEPENDANCE AVE., SW #159, WASHINGTON D.C.

TED LITTLE (SENATOR)
STATE CAPITOL OFFICE - ALABAMA STATE HOUSE, SUITE 740, 11 South UNION ST., MONTGOMERY, AL. 36130-4600

CARL LEVIN (SENATOR)
459 RUSSELL SENATE OFFICE BUILD., WASHINGTON, D.C. 20570-2202

JEFF SESSIONS (SENATOR)
495 RUSSELL SENATE BUILD., WASHINGTON, D.C. 20510

RICH SHELBY (SENATOR)
110 HART SENATE OFFICE BUILD., WASHINGTON, D.C. 20510

MIKE HUBBARD
P.O. BOX 950, AUBURN AL. 36831

SECTION:

4.) (A.) CONSPIRACY + CORRUPTION, against the UNITED STATES, it's NATIONAL SECURITY AND Economic Welfare.

(b.) CONSPIRACY to deny life, liberty, and pursuit of happiness against a citizen of the UNITED STATES, outlined in the CONSTITUTION.

(c.) NEGLIGENT MISREPRESENTATION - NON COMMITTMENT AS AN elected official to show cause of interest for economic changes, industrial advancements, and any necessary changes to current law and party policies to secure the rights of an individual and NATIONAL security interests.

(d) FRAUD + DECEIT, neglect of duty as outlined in the CONSTITUTION. misleading the general public and the assembly of voters against the advancements of NATIONAL security involving new sciences, technologies and industrial processes relating to the products marketed towards the Transportation Industries and Space Research. Misleading the public on issues of economic stability and gross misuse of office for tangent line party politics.

(e) UNFAIR COMPETITION. A complete disregard for advancements in quality of life, culture and technologies relavant to evolving socio-economic needs. Creating

(CONTINUED)

4.) An undo, relentless paradox against the establishment of a new industry base. Giving all priorities to the continuation of a failing economy, banking structure, current industrial structure with corporate pan handling of all available federal funds, so as to hinder any progress for natural change for the establishment of an advanced industrial base economy, based on the Airfoil sciences currently at risk and in extreme jeopardy. [Business & Prof. Code § 17200]

(f.) A disregard for call on ratification. or change in the Constitution to include a mandate on 3RD Party membership representation

(6a.) A disregard in the call to amend current ANTI-TRUST LAWS AND PATENT LAWS, which currently threatens the integrity of the UNITED STATES, by deminishing the implementation of new industry and its ability to compete by limits to function, organizational structure, market objectives, etc. including a forseeable monopoly structure for industrialization.

(h.) Diversion of PUBLIC FUNDS by PROXY.

CIVIL CONSPIRACY. Neglegence in campaign reform at state and federal levels to include equal representation of all race divisions which governs the welfare of the UNITED STATES. To include a full more diverse and extensive pre-election screening process of candidates of each race nationality and party affiliation.

(CONTINUED - 2)

4.) (UNFAIR COMPETITION - Restitution pursuant to [Bus. & Professional Code § 17200]) Failure to establish a single campaign chest to be equally shared by all nominee's to Federal, and State side elections, with all campaign contributions allocated to one chest fund. In addition, a failure to make all public news outlets, radio, and print media accountable to an open door policy for platform debates and issues of public concern.

ABUSE OF OFFICE with race propaganda and self interest by the current Democratic representative party members and the President of the UNITED STATES, BARRAC OBAMA. Monopoly control of media coverage during a federal campaign. A violation of current ANTI-TRUST LAWS.

VIOLATION OF ARTICLE III of the CONSTITUTION: Nomination of a NON-NATURAL born citizen to office of President in the 2009 election year.

VIOLATION OF AMEND. 13 of the CONSTITUTION: Section ONE, undo hardships, pain & suffering constituting the act of slavery by imposed socio-economic standing.

VIOLATION OF AMEND. 15 of the CONSTITUTION: No Party membership covering criticle platform issues affecting the economic welfare of the UNITED STATES. Independant 3RD Party not established.

(CONTINUED - 3)

4.) VIOLATION OF AMEND. 26 of THE CONSTITUTION: Democratic and Republican misrepresentation in the effort to stall strategic economic industrial growth in the UNITED STATES.

SECTION:

5.)

(A.) IN JAN. of 2009, I sent a copy of a letter to the office of BARAK OBAMA. IT contained issues of concern involving the industrial welfare of the UNITED STATES. Conditions affecting scientific and economic concerns with a focus on Reform to PATENT LAW. Conditions imposed threatening the establishment of all necessary PATENT applications for protection of my intellectual ownership rights and for security of the UNITED STATES economic interests. A request for investigation into corruption and misuse of office was a topic of discussion. An issue of Political reform and proper representation was discussed. The original request was sent to GEORGE W. BUSH in 2008 and to William J. CLINTON in 1996.

(b) IT was 1978, when I contacted the OFFICE OF PRESIDENT, and spoke with Jimmy CARTER, concerning the status of the SPACE SHUTTLE, the program unknown to the general public at the time. Contact was made from the US AIRFORCE RECRUITING OFFICE out of the DETROIT (MEPS) Build., at which time I mentioned my concerns about heading any future projects

(CONTINUED)

5. (b.) involving my sciences, Technologies and concepts. I also spoke about the conditions leading up to my enlistment with the AIRFORCE and the need for further study in Aerodynamics.

(c.) On 9/12/09, a letter highlighting my concerns about issues involving unprotected new sciences and the Technologies Associated to industrial applications to LAND, AIR, SEA, and SPACE Transportation and NATIONAL defenses. The issues of PATENT LAW, ANTI-TRUST LAWS and new industries. Public Domain and Trade secrets were notated to Hillary CLINTON. I also mentioned the earlier correspondance. I made to the President of the US, back in 1996 concerning the same issues.

(d.) In 2009, I wrote to both, The Democratic and the Republican Party offices in ALABAMA for help in establishing critical platform issues addressing STATE and Federal ballot reform to include Independant Party notation for funding contributions from Tax payers on all TAX forms and ballot forms, to address the issue of equal representation at STATE AND FEDERAL LEVAL.

(CONTINUED-2)

5.(d.) To include funding appropriations for New Tech. & Industry, Research & Devel., and Education Asst. in Alabama. Equal media coverage on platform issues affecting State and Federal elections and National interests.

(d-1a) In 2002, Representative Mike Hubbard was contacted in person at the Auburn Network Build. concerning topics presented to then Senator Bob Riley. Economic Reform to include new Tech. and Industries, Research & Dev., Educational Asst., Anti-Trust Law reform, Patent Law Reform, Political reform to include Independant Party. M. Hubbard walked out of meeting after 5 min.

(e.) In 1999, Alabama Senators: Bob Riley, Spencer Abraham, Ted Little, Jeff Sessions, and Rich Shelby, were contacted by letter concerning Patent and Anti-Trust law reforms with issues of scientific value involving new Industries. Concerns about research funding, grants and educational issues as part of an Independant platform cause. I requested their attention and focus towards establishing new industry employing my Technologies and sciences in multiple venues in the State of Alabama. The economic and industrial welfare of the United States was discussed. Additional concerns over military upgrades were stated, but rejected by each Senator contacted. No research or developement has taken place and no industry has

(CONTINUED-3)

5.) (E.) been established with great risk of personal loss of patentable matter to Public Domain.

(F.) House of Representatives, Terry Everett and Sonny Callahan were contacted by letter informing them about issues stated in item (5e). The need for proper representation over the matters discussed and over reform to public elections and campaigns. No action was taken.

(G.) In 1998, while in process of seeking political asylum to the state of Alabama and prior to leaving the state of Michigan, I contacted the House of Representative, Judith Scranton concerning the ongoing issues of local corruption and harrassments which were affecting my ability to function as a private citizen and threatening my ability to establish all areas of patent and copyright protection due to long term financial hardships being imposed on me and great mental and social durress. I also stated lack of concern and representation by the many offices of state and Federal position representing Michigan and my district at that time. In addition, platform issues on political, economic, and industrial change was not considered by Governor, John Engler, The ACLU office, Senator Carl Levin, state Attorney General, Frank Kelly.

(CONTINUED-4)

5.) (h.) On 12/16/1995, I spoke with Representative Dick Chrysler concerning an economic reform package involving the implementation of new technologies and industrial applications as an alternative science and job market base in the United States. These technologies applicable to land, air, sea, and space transportation. I spoke with Dick Chrysler about the need for representation as a platform debate with concerns about PATENT and ANTI-TRUST LAWS.

(i.) On 12/07/1995, I wrote to then Governor, John Engler representing the State of Michigan concerning the ongoing conditions set against my person and finances in the city of Howell, Michigan, which continued to threaten my livilihood, credibility and needs concerning vital and necessary patents and copyright. All of which could not be met due to costs involved and damages involved by allegations promoted by the Prosecutors Office in the city of Howell, Mich. I stated the same issues as mentioned in items (5g-5h).

(j.) I wrote to Senator CARL LEVIN on three occassions, 12/07/95, 4/19/97, and 9/13/97 concerning economic and political reform, national security issues, requesting a

(CONTINUED-5)

5.) (j.) ryder bill from LEVIN, to address the issues of re-enlistment into the armed forces for necessary training and educational assistance in the area of interest and need, pertaining to aerospace engineering studies. applications focused on LAND, AIR, SEA, AND SPACE Transportation Technologies. I spoke with representative Sandy LEVIN, in Detroit, Michigan, who informed me that CARL LEVIN could provide a ryder bill on my behalf. CARL LEVIN gave no responce to my request and failed to show up for an appointment at his Lansing office causing great personal hardship. No reschedual for an additional appointment was rendered by LEVIN, or his staff in Lansing, Michigan.

(K.) IN THE matter concerning the OFFICE OF GOVERMENT ETHICS, I wrote to Stephen D. Potts in a letter dated 8/19/1996 concerning the several issues presented to representatives of Michigan at both the State and Federal possitions. I also informed the ethics office of the complete disregard by all public officials that were contacted for assistance, or support including President, William J. Clinton.

(CONTINUED-6)

5.) (L.) On 8/1/1997, I wrote to Curtis Hertel, House Speaker for the STATE of MICHIGAN. I informed him about the local conditions being applied in the City of Howell. I stated my concerns about the abuse of power by the Livingston County Prosecutors Office. I presented the need for legal representation, political representation, educational and research funding and PATENT protection on vital NATIONAL interests. I requested STATE protection of my person and properties. I showed my concerns on the establishment of a new competative industry in the STATE of MICHIGAN. All issues and concerns went unanswered by the House of Representatives and Curtis Hertel.

(M.) In the matter concerning the ATTORNEY GRIEVENCE COMM., STATE of MICHIGAN and FORD GLOBAL TECHNOLOGIES INC., MULTIPLE complaints about the conduct of court officials, attorney representation and select Judges showing biased favoritizm to plaintiffs in each case set against me over the term of ten years. Each complaint turned down and creating a biased and fraudulent portfolio file degredating my character and leaving my person without protection or ability to offer proof in matters presented to both the 53rd District Court and the 44th Circuit Court in the city of Howell, Michigan.

(N.) In the matter involving (ex) Senator, Bob Riley, now serving as Governor in the STATE of ALABAMA. While serving the public as SENATOR, I presented the delema

(CONTINUED -7)

5.) (N.) I was dealing with as I sought political asylem in Alabama. In 1999, I contacted Senator Riley and the other Senators of Alabama, as well as Senator Ted Kennedy for intervention so as to allow me to establish new sciences and technologies in the State of Alabama. Having served several years as Governor in Alabama, Riley has not showed concerns about my platform issues on new competative industrial base opperations, funding requests, or educational assistance as stated in a letter. Policy changes in State elections, ballet forms, and tax forms to include mandatory 3rd Party representation has gone unanswered by Senator Riley, Now Gov. Riley. Failure to respond to all advance notices, warnings and concerns as stated in my letters. Bob Riley and the contingencies of Senators and representatives of the State of Alabama, has grossly neglected their chosen office of public service to aid in the unfolding effects of a collapsing economy and its out dated banking system and with total disregard to the safety and quality of life my seiences and technologies can offer. Bob Riley, has supported foreign industrial manufactoring and help to establish a market base opperation in the State of Alabama. In doing this, he has hindered the establishment of a new advanced industry base opperation and all necessary research and development stages yet to be applied.

SECTION:

6.) PLAINTIFF demands judgement to be entered against

(A.) Defendant's, BARRAC OBAMA, WILLIAM J. CLINTON, GEORGE W. BUSH, JIMMY CARTER, and the OFFICE OF PRESIDENT, jointly and severly, including an order of restitution, resonable (PRO-SE) fee's, pre-judgement interest, post judgement interest, costs and such other relief as the court deems just and proper.

FIRST CAUSE OF ACTION: FRAUD AND DECEIT

SECOND CAUSE OF ACTION: Negligent Mis-Representation

THIRD CAUSE OF ACTION: (UNFAIR COMPETITION, [Bus. & Prof. Code § 17200])

FOURTH CAUSE OF ACTION: UNJUST ENRICHMENT

FIFTH CAUSE OF ACTION: CIVIL CONSPIRACY, (oppressive, and malicious conduct.)

(b) PLAINTIFF demands judgement to be entered against Defendant's, DEMOCRATIC PARTY and Republican PARTY, of ALABAMA, jointly and severly including an order of restitution, resonable (PRO-SE) fee's, pre judgement fee's, post judgement fee's, costs and such other relief as the court deems just and proper.

FIRST CAUSE OF ACTION: FRAUD & DECEIT

SECOND CAUSE OF ACTION: NEGLIGENT MIS-REPRESENTATION

THIRD CAUSE OF ACTION: (UNFAIR COMPETITION, [Bus. & Prof. code § 17200])

(CONTINUED)

(6.) (b.) FOURTH CAUSE OF ACTION: UNJUST ENRICHMENT

(c.) PLAINTIFF demands judgement to be entered against Defendant's, HILLARY CLINTON, CARL LEVIN, SPENCER ABRAHAM, TED LITTLE, JEFF SESSIONS, RICH SHELBY, TERRY EVERETT, and SONNY CALLAHAN, jointly and severly including an order of restitution, reasonable (PRO-SE) fee's, pre-judgement fee's and post judgement fee's, costs and such other relief as the court deems just and proper for engaging in the following:

FIRST CAUSE OF ACTION: FRAUD & DECEIT

SECOND CAUSE OF ACTION: NEGLIGENT MIS-REPRESENTATION

THIRD CAUSE OF ACTION: (UNFAIR COMPETITION, [Bus. & Prof. code § 17200])

FOURTH CAUSE OF ACTION: UNJUST ENRICHMENT

FIFTH CAUSE OF ACTION: CIVIL CONSPIRACY

(d.) PLAINTIFF demands judgement to be entered against Defendant's, STATE OF MICHIGAN - House of Representatives, Judith Scranton, Dick Chrysler, CURTIS HERTEL, OFFICE OF GOVERNOR - STATE OF MICHIGAN, John Engler, ACLU OF MICHIGAN, and STATE ATTORNEY GENERAL of MICH., FRANK KELLY, jointly and severly including an order of restitution, resonable (PRO-SE) fee's, pre-judgement fee's, post judgement fee's, costs and such other relief as the court deems just and proper.

(CONTINUED-2)

(6.)(d.) FIRST CAUSE OF ACTION: FRAUD & DECEIT

SECOND CAUSE OF ACTION: NEGLIGENT MIS-REPRESENTATION

THIRD CAUSE OF ACTION: (UNFAIR COMPETITION, [Bus. & Prof. code §17200])

FOURTH CAUSE OF ACTION: UNJUST ENRICHMENT

FIFTH CAUSE OF ACTION: CIVIL CONSPIRACY

(e.) PLAINTIFF demands judgement to be entered against Defendant's, STEPHEN D. POTTS-OFF. OF GOV. ETHICS, REP. MIKE HUBBARD (ALA.), ATTORNEY GRIEVANCE COMMISSION - STATE of MICHIGAN, AND FORD GLOBAL TECH. INC., jointly and severly, including an order of restitution, reasonable (PRO-SE) fee's, pre judgement fee's, post judgement fee's, costs and such other relief as the court deems just and proper for engaging in:

FIRST CAUSE OF ACTION: FRAUD & DECEIT

SECOND CAUSE OF ACTION: NEGLIGENT MIS-REPRESENTATION.

THIRD CAUSE OF ACTION: (UNFAIR COMPETITION, [Bus. & Prof. code § 17200])

FOURTH CAUSE OF ACTION: UNJUST ENRICHMENT

FIFTH CAUSE OF ACTION: CIVIL CONSPIRACY

(f.) IN the undertaking of acts alleged in each cause

(CONTINUED - 3)

6. (F.) of ACTION brought against each named Defendant for having engaged in fraudulent oppressive and malicious conduct, PLAINTIFF is therefore entitled to an award of general, special and punitive damages in an amount to be determined. WEREFORE, PLAINTIFF demands judgement to be entered against all named defendants and agencies, or office of public trust and representatives.

(G.) IN addition to each cause of action, PLAINTIFF requests compensation for any pain and suffering as a result of neglect of office, or abuse of office in each case where as individual, or collective efforts, or lack there of has resulted in suffering and impoverishment during residency in the STATE of MICH. AND ALABAMA. Compensations for imposed conditions leading to loss of Patent Rights, copyrights, Business opportunities and ownership of critical advanced science and related technologies.

(h.) PLAINTIFF, requests the court to consider endangerment status to be inacted on behalf of his person, properties, intellectual or otherwise, and his DNA, as PLAINTIFF is the only male child of parents union

William Rowhall