10-15938

Debra P. Hackett
United States District Court
PO BOX 711
MONTGOMERY, AL 36101-0711

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 28, 2011

Debra P. Hackett
United States District Court
PO BOX 711
MONTGOMERY, AL 36101-0711

Appeal Number: 10-15938-C
Case Style: William Bowhall v. President USA, et al
District Court Docket No: 2:10-cv-00609-WKW-TFM

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Deborah H. Hall, C
Phone #: (404) 335-6189

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 10-15938-C

WILLIAM E. BOWHALL,

Plaintiff - Appellant,

versus

PRESIDENT OF UNITED STATES OF AMERICA,
WILLIAM J. CLINTON,
JIMMY CARTER,
GEORGE W. BUSH,
SECRETARY, STATE DEPARTMENT, et al.,

Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant William E. Bowhall has failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective April 28, 2011.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Deborah H. Hall, C, Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: [signature]
Deputy Clerk
Atlanta, Georgia